UNITED STATES DISTRICT COURT **FILED**
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION 2011 JUL 15 PH 12: 23

US DISTRICT COURT
MIDDLE DISTRICT OF F
ORLANDO FLORIDA

Jose F. Rosales
**PLAINTIFF**

6:11-cv-1185-orl-35GJK

vs.

Esther J. Petty
**DEFENDANT**

## COMPLAINT

Name: Jose F. Rosales
Address: 4115 Wellington Wood
circle # 201
Kissimmee Fl. 34741

Phone No.: 866-220-8338

My ex-wife Esther J Petty and I were divorce in Orlando Florida. She live in Ft. Worth, Texas I live in kissimme Florida my son live with me for past 6 years with me my ex wife reporting to SSI office that my son live with her is not True I report to SSI office in kissimmee but they not doing anything until July 19 2011 my son is deaf like me and he get SSI like me. My ex wife born in South Korea and she lying to the Federal government which it mean SSI office Call me 866 220 8338

P.O. BOX 149030, 952-X
AUSTIN, Texas  78714-9030
**RETURN SERVICE REQUESTED**
**DO NOT SEND CLAIMS TO THE ABOVE ADDRESS**

29  AFJS 01-00029
Texas Health and Human Services Commission
**MEDICAID IDENTIFICATION**
IDENTIFICACIÓN DE MEDICAID

| Date Run 06/17/2011 | BIN 012338 | BP 13 | TP 13 | Cat. 04 | Case No. 001739468 | GOOD THROUGH: VÁLIDA HASTA: | JULY 31, 2011 |

5291168100000290101

```
952-X   001739468   13   13   04   110731
JOSE F ROSALES FOR      ALLEN J ROSALES
4115 WELLINGTON WOOD
CIR APT 201
KISSIMMEE          FL 76133
```

**ANYONE LISTED BELOW
CAN GET MEDICAID SERVICES**

Under 21 years old? Please call your doctor, nurse or dentist to schedule a checkup if you see a reminder under your name. If there is no reminder, you can still use Medicaid to get health care that you need.

A ✓ on the line to the right of your name means that you can get that service too.

**READ THE BACK OF THIS FORM!**

CADA PERSONA NOMBRADA ABAJO
PUEDE RECIBIR SERVICIOS DE MEDICAID

¿Tiene menos de 21 años? Por favor, llame a su doctor, enfermera o dentista para hacer una cita si hay una nota debajo de su nombre. Aunque no haya ninguna nota, puede usar Medicaid para recibir la atención médica que necesite.

Las marcas ✓ a la derecha en el mismo renglón donde está su nombre significan que usted puede recibir esos servicios también.

**¡LEA EL DORSO DE LA FORMA!**

| ID NO. | NAME | DATE OF BIRTH | SEX | ELIGIBILITY DATE | TPR | MEDICARE NO. | EYE EXAM | EYE GLASSES | HEARING AID | DENTAL SERVICES | PRESCRIPTIONS | MEDICAL SERVICES |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 531362399 | ALLEN J ROSALES | 07-01-2002 | M | 02-01-2011 | | | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| THSTEPS MEDICAL AND DENTAL CHECK-UP DUE / NECESITA SU EXAMEN MEDICO Y DENTAL DE THSTEPS | | | | | | | | | | | | |

If you have Medicare, effective January 1, 2006, you are eligible for Medicare Rx and your Medicaid prescription drug

Si tiene Medicare, a partir del 1° de enero de 2006, usted llenará los requisitos de Medicare Rx y se limitará su cobertura